


# AUSTIN POLICE DEPARTMENT
# FORENSIC SCIENCE SERVICES DIVISION

812 Springdale Road
PO BOX 689001
Austin, TX 78768-9001

**LATENT PRINTS**
*Supplemental Report*
10/12/2012

**Agency:** Austin Police Department          **Laboratory #:** L1207087

**Offense Number:** 2012-1800523

## SUPPLEMENTAL REPORT

**Item(s) Submitted:**
PCT Aston 6215 previously submitted one latent lift card (LIMS item # 15), and two digital images (LIMS item # 16).
Items are as follows:
15.1: "exterior ammo box (lab item 3)"
16.1 and 16.2: " lab item 5 side of AR-15 magazine"

**Analysis Request:**
Detective Vineyard 3024 made a verbal request on 10-11-12 to have a new set of ten prints (taken by the U.S. Marshals Service) associated with Michael Jayne W/M, DOB: 3-19-82 FBI# 647396NB4, be compared to any latents on file in this offense.

**Analysis Results:**
Comparisons revealed that the impression on item 16.2 was made by the left ring finger of Jayne.

Item 15.1 was not identified to Jayne.
Item 16.1 is a duplicate image of 16.2 and was not compared.

**Supplemental Note:**
Refer to my initial report for details.

**Disposition:**
The latent lift card and digital images will be retained in the Latent Print Section files, and supporting documentation will be scanned into LIMS.


AN ASCLD/LAB ACCREDITED LABORATORY SINCE 2005
Page 1 of 2



Agency/Offense Number: Austin Police Department/2012-1800523          Lab Case #L1207087

*Toby C*

Toby Cross
Senior Latent Print Examiner

EXHIBIT A - 02 OF 02