```
Reference: 03L000001T
Msg ID   : 03L000001T
Msg Key  : QH
Date/Time: 20121012122242
Ent Agy  :
Requester:
User     :
ORI      : TX22701Q4
Source   : CCH
Dest     : AUWQ
Control  :
Summary  : QH: CLARDY,MISTY, 1981████

TXT: NL01AUWQ.QH.TX22701Q4
NAM/CLARDY,MISTY.SEX/F.RAC/W.DOB/1981████.PUR/C.REQ/A BALDERAMA 1199.OPR/A
BALDERAMA 1199
NO RECORD ON FILE

 CRIME RECORDS SERVICE DPS AUSTIN TX 10/12/2012
MRI: 27842596 IN: CCH 21051 AT 12OCT2012 12:22:42
OUT: AUWQ 24 AT 12OCT2012 12:22:42

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```