## DVR Video Snapshot

D:\21.14.59_22.14.59.avi

Mon, Jun 25, 2012, 9:15:14 PM (Central Daylight Time)

Event: No event selected



Video Capture Size: 352 x 240 pixels

Video Frame Time: 6/25/2012 9:15:13 PM (Central Daylight Time)

Media Input Name: Sporting -Overview

DVR Location: STORE05478DVR15US

DVR Serial #: KSAAB3317-4210B

DVR Station ID: 0

EXHIBIT C - 01 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 02 OF 18

## DVR Video Snapshot

D:\21.14.59_22.14.59.avi
Mon, Jun 25, 2012, 9:16:39 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:16:38 PM (Central Daylight Time)
Media Input Name: Sporting - Overview
DVR Location: STORE05478DVR15US
DVR Serial #: KSAAB3317-4210B
DVR Station ID: 0

EXHIBIT C - 03 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 04 OF 18

## DVR Video Snapshot

D:\21.14.59_22.14.59.avi
Mon, Jun 25, 2012, 9:16:43 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:16:42 PM (Central Daylight Time)
Media Input Name: Sporting -Overview
DVR Location: STORE05478DVR15US
DVR Serial #: KSAAB3317-4210B
DVR Station ID: 0

EXHIBIT C - 05 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 06 OF 18

## DVR Video Snapshot

D:\21.28.11_22.28.14.avi
Mon, Jun 25, 2012, 9:28:58 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:28:58 PM (Central Daylight Time)
Media Input Name: POS-SelfCheckout #46
DVR Location: STORE05478DVR04US
DVR Serial #: KSAAB3379-4210B
DVR Station ID: 0

EXHIBIT C - 07 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 08 OF 18

```
ST# 5478 OP# 00009046 TE# 46 TR# 02130
GLOVE        007226413779S      0.98 AD
                  SUBTOTAL      0.98
STFR SKILLET 001380011013SF     3.76 H
                  SUBTOTAL      4.74
         SALES TAX  1           0.08
                     TOTAL      4.82
UNIQUE NUM
                  DEBIT TEND    4.82
                  CHANGE DUE    0.00
EFT DEBIT     PAY FROM PRIMARY
    4.82  TOTAL PURCHASE
ACCOUNT #      **** **** **** 4632  S
EXPIRATION DATE 1304
REF # 217800350476
NETWORK ID. 0071 APPR CODE 202046
TERMINAL # 20001561
         06/25/12    21:29:35


       TC# 9641 0944 2172 2975 311
         06/25/12    21:29:37
```

*Clardy Debit purchase*

EXHIBIT C - 09 OF 18

## DVR Video Snapshot

D:\21.28.52_22.28.59.avi
Mon, Jun 25, 2012, 9:29:04 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:29:04 PM (Central Daylight Time)
Media Input Name: POS #19 Cigarettes
DVR Location: STORE05478DVR02US
DVR Serial #: KSAAB3374-4210B
DVR Station ID: 0

EXHIBIT C - 10 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 11 OF 18

## DVR Video Snapshot

D:\21.28.52_22.28.59.avi
Mon, Jun 25, 2012, 9:29:26 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:29:26 PM (Central Daylight Time)
Media Input Name: POS #19 Cigarettes
DVR Location: STORE05478DVR02US
DVR Serial #: KSAAB3374-4210B
DVR Station ID: 0

EXHIBIT C - 12 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 13 OF 18

## DVR Video Snapshot

D:\21.28.52_22.28.59.avi
Mon, Jun 25, 2012, 9:29:45 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:29:45 PM (Central Daylight Time)
Media Input Name: POS #19 Cigarettes
DVR Location: STORE05478DVR02US
DVR Serial #: KSAAB3374-4210B
DVR Station ID: 0

EXHIBIT C - 14 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 15 OF 18

## DVR Video Snapshot

D:\21.28.52_22.28.59.avi
Mon, Jun 25, 2012, 9:29:53 PM (Central Daylight Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 6/25/2012 9:29:53 PM (Central Daylight Time)
Media Input Name: POS #19 Cigarettes
DVR Location: STORE05478DVR02US
DVR Serial #: KSAAB3374-4210B
DVR Station ID: 0

EXHIBIT C - 16 OF 18



Video Capture Size: 352 x 240 pixels

EXHIBIT C - 17 OF 18

```
ST# 5478  OP# 00001421  TE# 19  TR# 04895

SCOPE         084338200115S      49.97 AD
OIL           004770026610S       4.57 AD
6G STRG       005159624241S       4.88 AD
CHARMIN       003700029685S       3.36 AD
CLNG CLOTH    007668399715S       3.27 AD
PAPER TOWEL   007874209558S       2.97 AD
                    SUBTOTAL     69.02
AMMUNITION    002089221929S      27.56 AD
                    SUBTOTAL     96.58
              SALES TAX  1        7.97
                       TOTAL    104.55
UNIQUE NUM
                   CASH TEND    105.00
UNIQUE NUM
                  CHANGE DUE      0.45

         ***SURVEY OFFERED***
    TC# 5626 3512 0585 0962 6168 8
       06/25/12       21:30:01
```

Winchester .223 R

64 RZR Buck

EXHIBIT C - 18 OF 18